No. 451, Misc.  WAGNER v. RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 452, Misc.  NELSON v. RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 461, Misc.  ADAMS v. RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 465, Misc.  PERROZZI v. RAGEN, WARDEN.  Circuit Court of Will County, Criminal Court of Cook County, and Supreme Court of Illinois.  Certiorari denied.

No. 473, Misc.  WULSCH v. ROBINSON, WARDEN.  Circuit Court of Saint Clair County, Illinois.  Certiorari denied.

No. 387, Misc.  QUILLIAN v. SWEENEY, SHERIFF, ET AL. Court of Appeals of Cuyahoga County, Ohio.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion the petition should be granted.  *Frank C. Lyons* for petitioner. *Frank T. Cullitan* and *Gertrude M. Bauer* for Sweeney, respondent.

No. 388, Misc.  WOODALL v. SWEENEY, SHERIFF, ET AL. Court of Appeals of Cuyahoga County, Ohio.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion the petition should be granted.  *Frank C. Lyons* for petitioner. *Frank T. Cullitan* and *Gertrude M. Bauer* for Sweeney, respondent.

*Rehearing Denied.*

No. 280.  WILLAPOINT OYSTERS, INC. v. EWING, ADMINISTRATOR, ET AL., 338 U. S. 860.  The motion for leave to file petition for rehearing is denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.